UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>       Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Civil Action No. 25-3238 (AHA) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each side to bear their own fees and costs.

Dated: April 28, 2026
      Washington, DC

Respectfully submitted,

/s/ Chris Bryant
CHRIS BRYANT
National Student Legal Defense Network
1701 Rhode Island Ave., NW
Washington, DC 20036
(847) 420-2149
Chris@defendstudents.org

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ Brian J. Levy_____
   BRIAN J. LEVY
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-6734

*Attorneys for the United States of America*